## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:16CR59 |
| vs. | ) | ORDER |
| PRESTON POPE and JERON MORRIS, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendants Preston Pope (Pope) (Filing No. 30) and Jeron Morris (Morris) (Filing No. 29). Pope and Morris seek until April 14, 2016, in which to file pretrial motions in accordance with the progression order. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Pope's and Morris' motions for an extension of time (Filing Nos. 30 and 29) are granted. The defendants are given until **on or before April 14, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., **the time between March 15, 2016, and April 14, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge