### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:16CR59** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **PRESTON POPE,** | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation ("Report") of Magistrate Judge Thomas D. Thalken (Filing No. 71). The Report recommends that the Defendant Preston Pope's Motion to Suppress (Filing No. 42) be denied. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 71) are adopted; and

2. The Defendant Preston Pope's Motion to Suppress (Filing No. 42) is denied.

DATED this 28th day of September, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge