# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:16CR59** |
| vs. | |
| PRESTON POPE, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of James J. Regan to withdraw as counsel for the defendant, Preston Pope ([Filing No. 94](#)).  Mr. Regan has a conflict in this matter.  Mr. Regan's motion to withdraw ([Filing No. 94](#)) is granted.

Mr. Pope filed his own Motion for New Standby Counsel ([Filing No. 97](#)), which is granted.

Andrew Wilson, 2120 S. 72nd Street, #1500, Omaha, NE 68124 is appointed to represent Preston Pope as standby counsel for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. Regan shall forthwith provide Mr. Wilson any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Regan which are material to Preston Pope's defense.

The clerk shall provide a copy of this order to Mr. Wilson and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 23rd day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge