# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR59 |
| | ) | |
| vs. | ) | |
| | ) | |
| PRESTON POPE AND JERON MORRIS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Preston Pope's Unopposed Motion to Appoint Counsel and Continue Trial [112]. Counsel is seeking additional time to investigate and prepare a defense in light of the defendant's recent request to appoint stand-by counsel as counsel. Defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Appoint Counsel and Continue Trial [112] is granted as follows:

1. The jury trial, now set for May 30, 2017 is continued to **August 8, 2017 as to both defendants.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 8, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Andrew J. Wilson is appointed as counsel for defendant Preston Pope and the clerk shall notate the docket accordingly.

**DATED May 23, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**