IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR59 |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR ISSUANCE OF A SUBPOENA *IN FORMA PAUPERIS*** |
| v. | ) | |
| PRESTON POPE, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 25th day of July, 2017, on the Motion of the Defendant for an order allowing the issuance of Subpoenas *In Forma Pauperis* (Filing No. 121), pursuant to FED. R. CRIM. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, witness fees, travel expenses, and subsistence, if any, should be paid by the United States. The Subpoena shall be served by United States Marshals.

BY THE COURT:

Date: July 25, 2017

s/ Susan M. Bazis
United States Magistrate Judge