IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No: 8:16CR59 |
| vs. | ) ) | **ORDER TO WITHDRAW EXHIBITS** |
| PRESTON POPE, | ) ) | |
| Defendant. | ) ) | |

Pursuant to NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

**Plaintiff's Exhibits 1-14, 16-23, 25-31, 34-50, and 52-80**

**Defendant's Exhibits 102-104, and 106-107**

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 21st day of November, 2017.

                                         BY THE COURT:

                                         s/ Laurie Smith Camp
                                         United States District Judge

**Exhibits-Order_to_Withdraw-Appeal_Time_Pending**
Approved: 12/22/2014